# Court of Appeals
# of the State of Georgia

ATLANTA,  October 07, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0384. BROYLES v. MCNEAL.

This appeal was docketed on September 10, 2025, and therefore, Appellant's brief was due to be filed by September 30, 2025.[1] Because Appellant has failed to file a brief or timely motion for extension of time to file a brief, this case is hereby DISMISSED.[2]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/07/2025*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*

---

[1] See Court of Appeals Rule 23 (a).

[2] See Court of Appeals Rules 16 (b), 23 (a).